UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ZACHARY LOREN BURNS,

        Petitioner,               Case No. 2:21-cv-192

v.                                       Honorable Paul L. Maloney

SARAH SCHROEDER,

        Respondent.
_____/

**JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.


Dated:   September 27, 2021                /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge